UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSICA SCHROEDEL,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>    Defendant. | Case No. 2:24-cv-01149-JHC<br><br>**ORDER GRANTING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>NOTE ON MOTION CALENDAR: AUGUST 23, 2024 |

THIS MATTER comes before the Court on Defendant Experian Information Solutions, Inc.'s ("Experian") Unopposed Motion for Extension of Time to Answer or Otherwise Plead (the "Motion"), Dkt. # 11.  The Court has reviewed the motion, the balance of the file, and the governing law.  Being fully advised, the Court GRANTS the motion.  Experian may answer or otherwise respond to Plaintiff Jessica Schroedel's complaint on or before September 27, 2024.

DATED this 23rd day of August, 2024.

_____
John H. Chun
United States District Judge

ORDER GRANTING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD
 (2:24-cv-01149-JHC ) - 1