UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Jessica Schroedel,<br>    Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc.<br>    Defendants. | CASE NO. 2:24-cv-01149-JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Note on Motion Calendar: November 25, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Jessica Schroedel ("Plaintiff"), by counsel, and Defendant, by counsel, hereby stipulate and agree that Plaintiff's cause against Experian Information Solutions, Inc. should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Presented By,

*/s/Yaakov Saks*
Yaakov Saks, Esq.
Stein Saks, PLLC

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 2:24-cv-01149-JHC

One University Plaza, Suite 620
Hackensack, NJ 07601
Telephone: (201) 282-6500
E-Mail: ysaks@steinsakslegal.com

Michael C. Brubaker, Esq.
Brubaker Law Group PLLC
14506 NE 184th Place
Woodinville, WA 98072
Telephone: (206) 335-8746
E-Mail: michael@brubakerlawgroup.com

*Counsel for Plaintiff Jessica Schroedel*

*/s/ Sara Wadsworth*
Sara Wadsworth, WSBA No. 55952
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Fax: 206.386.7500
Email: sara.wadsworth@stoel.com

*/s/ Oren R, Depp*
Oren R. Depp
Jones Day
110 N. Wacker Dr. Ste 4800
Chicago, IL 60606
Telephone: (267) 575-0936
E-Mail: odepp@jonesday.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

The parties certify that this memorandum contains 46 words, in compliance with the Local Civil Rules.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 2:24-cv-01149-JHC

1 | IT IS SO ORDERED.

2 | Dated this 26th day of November, 2024.

*[signature: John H. Chun]*

John H. Chun
UNITED STATES DISTRICT JUDGE